UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| **MARQWESHA DAVIS**, <br><br> *Plaintiff*, <br><br> v. <br><br> **CLARITY SERVICES, INC.**, <br><br> *Defendant*. | Case No: 4:25-cv-00079 |

### NOTICE OF SETTLEMENT WITH DEFENDANT CLARITY SERVICES, INC.

In accordance with Local Rule 16.2, the Plaintiff, MARQWESHA DAVIS ("Plaintiff"), hereby provides notice that Plaintiff and the Defendant, CLARITY SERVICES, INC. ("Defendant"), have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Defendant from this case with prejudice.

Respectfully submitted on March 31, 2025, by:

          **SERAPH LEGAL, P. A.**

          */s/ Megan A. Rosenberg*
          Megan A. Rosenberg, Esq.
          Florida Bar No.: 1005213
          MRosenberg@SeraphLegal.com
          2124 W. Kennedy Blvd., Suite A
          Tampa, FL 33606
          Tel: 813-567-1230 (Ext. 404)
          Fax: 855-500-0705
          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.

                      */s/ Megan A. Rosenberg*
                      Megan A. Rosenberg, Esq.
                      Florida Bar No.: 1005213