IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MARQWESHA DAVIS,**

    **Plaintiff,**

v.                                            Case No. 4:25-cv-79-AW-MAF

**CLARITY SERVICES, INC.,**

    **Defendant.**

_____/

## ORDER CLOSING THE FILE

The parties have filed a joint stipulation of dismissal with prejudice. ECF No. 12. The stipulation is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). This order confirms that the case has been dismissed. The clerk will close the file.

SO ORDERED on April 7, 2025.

                                                    s/ *Allen Winsor*
                                                    United States District Judge